Susan BURLISON, et al.,
Plaintiffs/Respondents,

v.

LOMAS MORTGAGE, USA, INC.,
Defendant/Appellant.

No. 65447.

Missouri Court of Appeals, Eastern District,
Division One.

Nov. 1, 1994.

Garry McCubbin, St. Louis, for appellant.

Charles R. Schroeder, Law Office of Charles Schroeder, St. Peters, for respondents.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## *ORDER*

PER CURIAM.

Defendant appeals from an order denying its motion to set aside a default judgment. We affirm. No error of law appears and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).